IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE CONDARCURE, | ) |
| | ) |
| Plaintiff, | )  C.A. No. 12-1462 |
| | ) |
| v. | ) |
| | ) |
| CITY OF PITTSBURGH, NATHAN HARPER, Chief, Pittsburgh Bureau of Police; OFFICER HONICK, and OFFICER SCARPINE, | ) |
| | )  JURY TRIAL DEMANDED |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

AND NOW come the parties by and through their respective counsel and stipulate to the voluntary dismissal of the above matter, with prejudice, based upon the agreed upon settlement of the Plaintiff's claims against the Defendants named herein.

Respectfully Submitted,

/s/ Timothy P. O'Brien
Timothy P. O'Brien, Esquire
PA I. D. #22104
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Attorney for Plaintiff

Michael Kennedy, Esquire
313 City-County Building
414 Grant Street
Pittsburgh, PA 15219
michael.kennedy@pittsburghpa.gov
Counsel for City of Pittsburgh and
Nathan Harper


Bryan Campbell, Esquire
Allison Lachat, Esquire
330 Grant Street, Suite 2620
Pittsburgh, PA  15219
bryancmpbl@yahoo.com
Counsel for Officers Honick and Scarpine

## **ORDER**

AND NOW, this _____ day of _____, 2014, IT IS SO ORDERED.

_____
United States District Judge
